**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION

Appellate case name:        In re Safeco Insurance Company of Indiana, Relator

Appellate case number:     01-19-00063-CV

Trial court case number:    2017-54046

Trial court:                152nd District Court of Harris County

On June 11, 2019, relator, Safeco Insurance Company of Indiana, filed an opposed "Emergency Motion to Stay Docket Control Order and Trial Setting" seeking to stay the underlying trial court proceedings, including the trial setting for June 17, 2019, pending disposition of its mandamus petition. Relator's emergency motion contains the required certificate of compliance. *See* TEX. R. APP. P. 52.10(a). Later on June 11, 2019, real party in interest J. Douglas Sutter filed a pro se response in opposition to the emergency motion.

The Court **grants** the relator's emergency motion and **ORDERS** that the underlying trial court proceeding is **stayed**. *See* TEX. R. APP. P. 52.10(b). This stay is effective until the petition is finally decided or this Court otherwise orders the stay lifted. *See* TEX. R. APP. P. 52.10(b). Any party may file a motion for reconsideration. *See* TEX. R. APP. P. 52.10(c).

It is so ORDERED.
Judge's signature: ____/s/ Evelyn V. Keyes_____
☑ Acting individually    ☐ Acting for the Court
Date: __June 14, 2019__